**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**GILBERT DARRELL HOWARD,**

   **Plaintiff,**

vs.                                                           **CASE NO. 4:07CV306-RH/AK**

**FRED DICKERSON, et al,**

   **Defendants.**

_____/

**O R D E R**

Presently before the Court is Plaintiff's Motion to Proceed In Forma Pauperis, with accompanying financial affidavit. (Doc. 2). The financial information provided is inadequate for the Court to make an accurate determination as to Plaintiff's ability to pay court costs, and if he wishes to proceed in forma pauperis he should file an amended financial affidavit. The affidavit shows that Plaintiff receives $2255.00 a month income and his total monthly payment on debts is only $390.00. If his expenses are correct, Plaintiff should be required to pay the $350.00 filing fee either at one time or in three installments.

Accordingly, it is

**ORDERED:**

The Clerk shall mail to Plaintiff another financial affidavit form which he shall complete in full, mark as "Amended," and file on or before **October 31, 2007.**

**DONE AND ORDERED** this   *17*$^{th}$   day of October, 2007.

                                         *s/ A. KORNBLUM*
                                         **ALLAN KORNBLUM
                                         UNITED STATES MAGISTRATE JUDGE**