IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GILBERT HOWARD,

    Plaintiff,

vs.                              CASE NO. 4:07CV306-RH/AK

FRED DICKERSON, et al,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff was directed to file an amended complaint on January 15, 2008. (Doc. 6). When no pleading had been filed, a show cause was entered requiring a response on or before March 21, 2008. (Doc. 7). There has been no pleading filed and no further communication from Plaintiff about this case.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court

directing that he file an amended pleading and to show cause as to why his case should not be dismissed. (Docs. 6 and 7).

Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this 23rd day of June, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

No. 4:07CV306-MMP/AK