# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

GILBERT HOWARD,

      Plaintiff,

v.                                             CASE NO.  4:07cv306-RH/AK

FRED DICKERSON, et al.,

      Defendants.

_____/

## <u>ORDER OF DISMISSAL</u>

This matter is before the court on the magistrate judge's report and recommendation (document 8), to which no objections have been filed.

The report and recommendation concludes that this action should be dismissed based on the plaintiff's failure to file an amended complaint as ordered. That conclusion is correct.  As a matter of discretion, I conclude that the dismissal should be without prejudice.

It bears noting that the magistrate judge's underlying order directing the plaintiff to file an amended complaint correctly concluded that the original complaint was deficient in a number of respects.  That the complaint was indeed

deficient and that the plaintiff failed to comply with the magistrate judge's order to file an amended complaint make dismissal appropriate at this time. I need not and do not address one of the issues addressed in the underlying order finding the original complaint deficient—whether due process must be afforded prior to suspension or revocation of a Florida driver's license. Nor do I address the issue whether Florida law affords due process to a person whose license is taken.

For these reasons,

IT IS ORDERED:

The clerk must enter judgment stating, "This action is DISMISSED without prejudice." The clerk must close the file.

SO ORDERED on August 11, 2008.

s/Robert L. Hinkle
Chief United States District Judge
